UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23cr70 (SVN)(RMS) |
| v. | VIOLATIONS: |
| HAMILTON CLARK SMITH | 18 U.S.C. § 115(a)(1)(B)<br>(Threatening to Assault a Federal Law Enforcement Officer)<br><br>18 U.S.C. § 875(c)<br>(Interstate Threats) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Threatening to Assault a Federal Law Enforcement Officer)

1. On or about and between January 10, 2023 and January 11, 2023, in the District of Connecticut and elsewhere, the defendant HAMILTON CLARK SMITH, knowingly and willfully, did threaten to assault a Federal law enforcement officer with intent to impede, intimidate, and interfere with such officer while engaged in the performance of his official duties, and with intent to retaliate against such officer on account of the performance of his official duties, to wit, SMITH left a series of text messages and voicemail messages for E.S., a Deputy United States Marshal for the District of Connecticut whose identity is known to the Grand Jury, in which SMITH threatened to harm the officer.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
(Interstate Threats)

2. On or about and between January 10, 2023 and January 11, 2023, in the District of Connecticut and elsewhere, the defendant HAMILTON CLARK SMITH, knowingly and willfully, did transmit in interstate and foreign commerce from the State of Connecticut to the State of Maryland, a series of communications, that is, several text messages and voicemail messages to Deputy United States Marshal E.S., whose identity is known to the Grand Jury, which contained threats to injure E.S. and his family.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY