UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23-CR-70 (SVN) |
| v. | VIOLATION: |
| HAMILTON CLARK SMITH | 47 U.S.C. § 223(a)(1)(E) (Repeated Harassing Communications) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Repeated Harassing Communications)

From on or about January 10, 2023 through on or about January 11, 2023, in the District of Connecticut and elsewhere, the defendant HAMILTON CLARK SMITH, in interstate communications, made repeated interstate telephone calls and repeatedly initiated communication with a telecommunications device, namely telephone calls and text messages, during which conversation and communication ensued, solely to harass the person at the called number and the person who received the communications, specifically, E.S, whose identity is known to the United States Attorney.

In violation of Title 47, United States Code, Section 223(a)(1)(E).

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY

United States District Court
District of Connecticut
FILED AT   HARTFORD
4/22                       20 24
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk